# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALERIE BEZDEK, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>　　　Defendants. | Case No. 12-10513-DPW |
| BRIAN DE FALCO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,<br><br>　　　Defendants. | Case No. 13-10764-DPW |

**JOINT MOTION FOR IMPOSITION OF AN APPEAL BOND
UNDER FEDERAL RULE OF APPELLATE PROCEDURE 7**

Pursuant to Federal Rule of Appellate Procedure 7, the above-captioned parties hereby move jointly for the imposition of an appeal bond in the amount of $58,365.00. In support thereof, the parties refer to, and incorporate by reference herein, their Memorandum in Support hereof.

1

Respectfully submitted,

| **COUNSEL FOR PLAINTIFFS,** | **VIBRAM USA INC. and VIBRAM FIVEFINGERS LLC,** |
|---|---|
| By their attorneys, | By their attorneys, |
| /s/ Janine L. Pollack | /s/ Christopher M. Morrison |
| WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP<br>Janine L. Pollack<br>Michael Liskow<br>270 Madison Avenue, 10th Floor<br>New York, New York 10016<br>Telephone: 212-545-4600<br>Facsimile: 212-545-4677<br>pollack@whafh.com<br>liskow@whafh.com | JONES DAY<br>Dana Baiocco (BBO #624886)<br>Christopher M. Morrison (BBO #651335)<br>JONES DAY<br>100 High Street, 22nd Floor<br>Boston, Massachusetts 02110<br>Telephone:  (617) 960-3939<br>Facsimile:  (617) 449-6999<br>dbaiocco@jonesday.com<br>cmorrison@jonesday.com |

Dated:  March 16, 2015

## CERTIFICATION PURSUANT TO L.R. 7.1

I, Christopher M. Morrison, hereby certify that I conferred with counsel for Cain and Ference, and that I attempted to confer with Narkin, but received no response, before filing this motion.  More specifically, on March 12, 2015, I emailed counsel for the objectors and Mr. Narkin directly and invited a conference respecting this motion.

By two return emails that day, counsel for Ference declined to agree to the relief requested in this motion.

By return email that day, counsel for Cain (who is not yet admitted to practice in this District) agreed to the imposition of a $1,000.00 bond on behalf of his client/daughter to secure against the parties' costs only.

Narkin (who as of this date has not yet paid the filing fee in connection with his appeal and who is not represented by counsel) did not respond.

The parties were otherwise unable to resolve or narrow this issue.

/s/ Christopher M. Morrison
Christopher M. Morrison

**CERTIFICATE OF SERVICE**

I, Christopher M. Morrison, hereby certify that a true copy of the foregoing document filed through the ECF system will be electronically sent to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 16, 2015.

/s/ Christopher M. Morrison
Christopher M. Morrison